BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924



FILED
U.S. DISTRICT COURT

2008 AUG 13 P 12: 58

SEALED
DISTRICT OF UTAH
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES KENNETH WORDEN, <br><br> Defendant. | **INDICTMENT** <br><br> VIO. 18 U.S.C. § 2422(b), Coercion and Enticement For Illegal Sexual Activity; <br><br> VIO. 18 U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct. <br><br> Case: 2:08-cr-00559 <br> Assigned To : Campbell, Tena <br> Assign. Date : 8/13/2008 <br> Description: USA v. |

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))
(Coercion and Enticement)

Between February 2008, and continuing through July 2008, in the Central Division

of the District of Utah,

JAMES KENNETH WORDEN,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

1

commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of 18 U.S.C. § 2422(b).

## COUNT II
## (18 U.S.C. § 2423(b))
### (Travel with Intent to Engage in Illicit Sexual Conduct)

During July 2008, in the Central Division of the District of Utah:

### JAMES KENNETH WORDEN,

the defendant herein did knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, all in violation of 18 U.S.C. § 2423(b).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney

2