FILED US District Court-UT
FEB 13 '23 PM 03:47

Dear Honorable Clark Waddoups,

The purpose of this letter is to petition for early release from supervision. My case number is 2:08CR00559-001.

I have completed almost 60 percent of my supervision. I have also completed my therapy both while in the half-way house, as well as when I got out. I did over of individual, and group therapy. I found it to be very beneficial, and by using what I've learned have lived my life in a productive manner.

I've been working consistently since my release, and have achieved the goals I've set. The first was to get reliable transportation which I did within my first year. My second was to buy a house, and through hard work and determination I closed on a property this past November. The third goal I've set is to set up a wood shop as a creative outlet and follow in my grandfathers footsteps. Maybe start a small business for extra income.

I volunteered this past year to speak to people who have similar charges as mine and talk to them about my time in prison, and what they can expect. I found it to be very rewarding and I'm hoping to

do it again, if the occasion should arise.
   Thank-you Sir for taking the time to read this letter, and for you consideration of my release.

                                        Sincerely,
                                        JAMES WORDEN



MADBROOK DONUT COMPANY
2223 S Highland Drive
Suite E6-255
Salt Lake City, UT 84106
www.iLOVEmadbrook.com

To Whom It May Concern:

James Worden has worked for me for almost the past 4 years. In those years 1 have had the pleasure of getting to know him very well. He is one of the most reliable and punctual employees I have ever employed. He is always setting a good example to all of those around him. James is the definition of "following the rules!" He always gets the job done!

In the past year he has joined our management team. I'm always impressed with the work ethic he has. He leads by example.

I have never had any issues with James nor has any other employee. Everyone who works with him speaks very highly of him. He will never ask you to do a job or work in manner that he would not do himself. Our company has tripled in sales since he joined us and we are set to quadruple in the next three years. Having said that James has a very bright future with us and so many opportunities will unfold here for him solely because of his character and abilities. We are fortunate to have him as a part of our team!

Sincerely,
Adam Evans
C.O.O. Hobo Donut Co., dba Madbrook Donut Co.
801-870-1332
adam@ilovemadbrook.com

1/23/23

# **ALMOST THERE L.L.C.**

**Brent and Cheri Andrus Charitable Trust**

To whom it may concern:

James was with us since his release from the Federal Halfway house until the day he moved into his new home. He was professional from day one and never faltered. I have managed properties for guys straight from prison for 15 years and have never had anyone move straight from us to a new home.

James always set the perfect example for the guys and that is why we kept him with us for all this time. His rent was ALWAYS paid exactly on the first and as we all know, how a person handles his finances is a pretty good window into how he/she handles the other parts of their life.

I have housed over 1000 guys straight from prison and I easily put him in the top 1%. (and I have lots of good guys)

Sincerely,
Mike Smith
Property mgr

801-230-1048
Call me anytime



**UNITED BRASS WORKS, INC.**



FACTORY & HOME OFFICE
714 South Main Street
Randleman, NC 27317
Phone:   (336) 498-2661
Fax No. (336) 498-4267



KEYSTONE FOUNDRY DIVISION
944 West 12th Street
Erie, PA 16501
Phone:   (814) 456-4296
Fax No:   (814) 455-5199





WESTERN REGIONAL SALES OFFICE
221 Commerce Park Ct
N. Las Vegas, NV  89032
Phone:    (702) 628-9892
Toll Free   (800) 423-7353
Fax           (702) 628-9904

January 27, 2023

Robert Lewis
7100 Grand Montecito Pkwy
Unit 2087
Las Vegas, NV 89149

Your Honor,

My name is Robert Lewis, I'm 50 years old living in Las Vegas, Nevada. I am the West Coast Sales Manager for United Brass Works. I am writing on behalf of James Worden. James Worden and myself have been friends for over 30 years and during that time, I have known him to be a responsible person of good character. In general, Mr. Worden is a dedicated son and brother. As a close friend, the charges against him were quite unexpected and disappointing. While I was surprised to hear of the misconduct, it came as no surprise that he accepted responsibility for his actions and faced the consequences with remorse and drive to be a better person.

Mr. Worden confessed to me of the behavior he exhibited and expressed great remorse and a desire to address his personal issues. I believe that Mr. Worden has every intention to continue improving since the incident and has already attended therapy sessions and classes. He has also started volunteering with the counselor to assist other people as they transition from prison to the outside. Ever since I've known him, he has always had a strong will for self-improvement. Regardless of the challenges that he must face, I have the confidence that he will develop the skills to make better decisions. I have no doubt that he will continue to make the best out of the therapy sessions that he received.

I hope that you will consider the testimony in this letter before the court.

Sincerely,

Robert Lewis
Western Regional Manager
United Brass Works Inc.

January 24, 2023

To Whom This May Concern:

As requested by my son James Kenneth Warden, I am writing a letter of reference for him.

He has been active with family and friends in a social manner, including group gatherings and shopping.

Jim is very excited about buying a home and his future there. He has many ideas about fixing up his house and yard and improving the property.

He is doing well with his job and has been given increases in pay for his performance.

Hopefully this reference will help his cause.

Sincerely,

Mildred Oster